JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Krantz | Case No. CV 14-08349-AB (VBKx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Motorola Solutions, Inc. et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 16, 2014   _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.